**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GARIN MOORE, | : |
|     Plaintiff | : No. 1:CV-02-0535 |
|     v. | : |
| | : Judge Yvette Kane |
| SUSQUEHANNA AREA REGIONAL | : |
| AIRPORT AUTHORITY and | : |
| ALFRED TESTA, JR., | : |
|     Defendants | : JURY TRIAL DEMANDED |

**JOINT NOTICE OF CONSUMMATION OF**
**SETTLEMENT AGREEMENT**

NOW COMES Defendants, Susquehanna Area Regional Airport Authority ("SARAA") and Alfred Testa, Jr. ("Testa") (collectively the "Defendants"), by their attorneys, Rhoads & Sinon LLP, and Plaintiff, Garin Moore ("Plaintiff" or "Moore"), by his attorneys, Pinskey & Foster, and file the within Joint Notice of Consummation of Settlement Agreement as follows:

1. On or about April 2, 2002, Moore commenced an action against Defendants, alleging he was terminated from his position at SARAA in violation of § 1983 of the Civil Rights Act.

2. The jury trial ended with a verdict in favor of Moore, and on November 18, 2004, this Court entered judgment ("Judgment") in favor of Moore and against Defendants in the total amount of $62,000.

3. On October 3, 2005, this Court issued an Order addressing post-trial motions and entered an Order modifying the November 18, 2004 Judgment.

4. Pursuant to the Court Order, the parties engaged in settlement discussions and reached a settlement agreement ("Agreement").

5. On October 27, 2005, both parties filed a Joint Motion requesting the Court to accept the parties' Agreement in lieu of the October 3, 2005 Court Order.

6. On November 1, 2005, this Court entered an Order vacating the October 3, 2005 Order; dismissing the case, with the Clerk of the Court marking it as settled; denying the parties request to file the Agreement under seal; and stating that the case was to remain closed.

7. On November 2, 2005, this Court entered an Order dismissing the action without costs and without prejudice to the right of either party, upon good cause shown within sixty (60) days, to reinstate the action if the settlement was not consummated.

8. Since that time, both parties have completely and fully fulfilled their respective obligations under the Agreement.

| PINSKEY & FOSTER | RHOADS & SINON LLP |
|---|---|
| By: /s/ Ralph B. Pinskey<br>Ralph B. Pinskey<br>114 South Street<br>Harrisburg, PA  17101<br>(717) 234-9321 | By: /s/ Kathleen D. Bruder<br>Todd J. Shill<br>Kevin M. Gold<br>Kathleen D. Bruder<br>One South Market Square<br>P.O. Box 1146<br>Harrisburg, PA  17108-1146<br>(717) 233-5731 |
| Attorneys for Plaintiff | Attorneys for Defendants |

Date:  November 16, 2005